# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:20-CR-00136-S |
| | § | |
| HUNG CHI PHAM (1) | § | |

### ORDER ADOPTING REPORT & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT

The Court referred the Petition for Person Under Supervision [ECF No. 4] and Addendum to the Petition [ECF No. 11] to the United States Magistrate Judge to "conduct a hearing on the alleged violations" contained within and "to make findings and a recommendation for modification, revocation, or termination" of Defendant Hung Chi Pham's term of supervised release. *See* Order, ECF No. 16. The Court has received the Report and Recommendation ("Recommendation") of the United States Magistrate Judge pursuant to its order. *See* ECF No. 24. The Defendant waived his right to object to the Recommendation. *See id.* The Court is of the opinion that the Recommendation of the Magistrate Judge is correct.

It is, therefore, **ORDERED** that the Recommendation is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that the Defendant be committed to the custody of the Bureau of Prisons for a term of imprisonment of **27 months** with no further term of Supervised Release to follow.

**SO ORDERED.**

Signed April 18, 2024.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE